**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| MARIA DEL SOCORRO MEDINA DE CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 11-70605<br><br>Agency No. A079-525-489<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Maria Del Socorro Medina De Cardenas, a native and citizen of Mexico,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the denial of a motion to reopen, *Garcia v. Holder*, 621 F.3d 906, 912 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Medina De Cardenas' motion to reopen on the ground that the new evidence of hardship she submitted was not likely to change the outcome of her case. *See Shin v. Mukasey*, 547 F.3d 1019, 1025 (9th Cir. 2008).

**PETITION FOR REVIEW DENIED.**